Disposition of Petitions for Discretionary Review Under G.S. 7A-31

## FARMERS BANK v. BROWN DISTRIBUTORS

No. 372PA82.

Case below: 57 N.C. App. 313.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 3 August 1982.

## FULLER v. SOUTHLAND CORP.

No. 375P82.

Case below: 57 N.C. App. 1.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 August 1982.

## GLADSON v. PIEDMONT STORES

No. 371P82.

Case below: 57 N.C. App. 579.

Petition by defendants for discretionary review under G.S. 7A-31 denied 25 August 1982.

## GOODWIN v. BALDWIN'S INC.

No. 425P82.

Case below: 57 N.C. App. 709.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 25 August 1982.

## GUNTHER v. BLUE CROSS/BLUE SHIELD

No. 460P82.

Case below: 58 N.C. App. 341.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 August 1982.